No. 95–8936. COFFMAN v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States*, 516 U. S. 137 (1995).

No. 95–9077. MOORE v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States*, 516 U. S. 137 (1995).

No. 96–112. MARYLAND v. DENNIS. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Whren* v. *United States*, 517 U. S. 806 (1996).

No. D–1621. IN RE DISBARMENT OF HARVEY. Disbarment entered. [For earlier order herein, see 516 U. S. 1006.]

No. D–1639. IN RE DISBARMENT OF FARRELL. Motion to vacate order of disbarment [516 U. S. 1169] denied.

No. D–1680. IN RE DISBARMENT OF CALVERT. Disbarment entered. [For earlier order herein, see 517 U. S. 1185.]

No. D–1699. IN RE DISBARMENT OF BARR. Disbarment entered. [For earlier order herein, see 518 U. S. 1037.]

No. D–1701. IN RE DISBARMENT OF SCHIMENTI. Disbarment entered. [For earlier order herein, see 518 U. S. 1037.]

No. D–1704. IN RE DISBARMENT OF COOKE. Disbarment entered. [For earlier order herein, see 518 U. S. 1038.]

No. D–1706. IN RE DISBARMENT OF SWAIM. Disbarment entered. [For earlier order herein, see 518 U. S. 1038.]

No. D–1729. IN RE DISBARMENT OF GILBERT. Wayne Freeman Gilbert, of Rapid City, S. D., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.